IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUDY SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 13-0622-CG-B |
| ) | |
| CHECK SECURITY ASSOCIATES, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The plaintiff having advised this court in her response to show cause order (Doc. 6) that the parties have reached a settlement, it is hereby **ORDERED** that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 6th day of March, 2014.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE